UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| SENDEKEM, INC. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:25-cv-01178-X |
| GERALD CAVIS and | § | |
| MAG7 SECURITY, LLC | § | |
| | § | |
| *Defendants.* | § | |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT

Defendants Gerald Cavis ("Cavis") and MAG7 Security, LLC ("MAG7") (collectively, "Defendants") file this Motion to Strike Plaintiff's Expert, and state:

1. On June 12, 2025, the Court entered a Scheduling Order [Dkt. 6] establishing the following deadlines:

| | |
|---|---|
| July 12, 2025 | Deadline to make initial disclosures under Rule 26(a)(1) |
| September 10, 2025 | Deadline for party with burden of proof to make expert disclosures and to comply with Rule 26(a)(2) |
| October 10, 2025 | Rebuttal expert deadline |
| December 9, 2025 | Discovery deadline |
| January 6, 2026 | MSJ deadline |
| May 4, 2026 | Trial |

2. Plaintiff served its initial disclosures on October 24, 2025. Plaintiff identified the following potential "fact" witness:

> Forensic Strategy Services, LLC
> Chase Ritchey - Computer Forensic Specialist
> 601b Industrial Court
> Woodstock, Georgia 30189
> T: (770) 926-5588
> Email: chase@forensicstrategy.com

See attached Resume. Chase Ritchey of Forensic Strategy Services has knowledge related to the forensic computer examination he performed on the laptop computer issued to Cavis by Sendekem, as well as his findings related to that forensic examination. Chase may testify as to the condition, status, information on the laptop during Cavis' employment and through his termination, as well as the various documents which were attempted to be wiped/deleted from the laptop, but which were recovered. He also has knowledge of Cavis' email activity to and from the Sendekem Office 360 account assigned to Cavis. He also has knowledge of confidential information entrusted to Cavis that was disseminated without Sendekem's knowledge or approval. Mr. Ritchey also knowledge of US. Secret Service's potentially classified information which Cavis and Tom Sloan appear to have or had in their possession. App. 003-004.

3. Plaintiff provided no report containing Mr. Ritchey's opinions. Defendants move for exclusion of Mr. Ritchey as an expert witness.

4. The legal arguments and authorities in support of this motion are contained in the contemporaneously-filed Memorandum of Law in Support of Defendant's Motion to Strike Plaintiff's Expert.

WHEREFORE, Defendants Gerald Cavis and MAG7 Security, LLC, respectfully request the Court grant their Motion to Strike Plaintiff's Expert. Defendants also request all such other and further relief to which they may be entitled.

Respectfully submitted,

/s/ *Robert J. Wood, Jr.*

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT** – Page 2

        Robert J. Wood, Jr.
        Texas Bar No. 00788712
        William E. Hammel
        Texas Bar No. 24036714
        Wood Hammel LLP
        1700 Pacific Avenue, Suite 2440
        Dallas, Texas 75201
        PH:  (214) 760-6893
        EM:  robert@mylawteam.com
        EM:  billy@mylawteam.com
        Counsel for Defendants

## CERTIFICATE OF CONFERENCE

    I hereby certify that I conferred with Plaintiff's counsel on October 30, 2025. Plaintiff's counsel stated that they are opposed to the relief sought in this Motion.

        */s/ Robert J. Wood Jr.*
        Robert J. Wood, Jr.

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT** – Page 3

## CERTIFICATE OF SERVICE

    I certify that this document was served on Plaintiff's counsel via ECF on the 30th day of October 2025.

                                          /s/ *Robert J. Wood, Jr.*
                                          Robert J. Wood, Jr.